UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALERIE BOUND,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF ECOLOGY,<br><br>    Defendant. | NO. 1:CV-14-03012-SAB<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Dismissal, ECF No. 16. The parties indicate they have settled and resolved the above-captioned case and ask that it be dismissed with prejudice and without costs or fees to any party.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal, ECF No. 16, is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

3. The District Court Executive is directed to **close** the file.

///

///

///

///

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 17th day of July, 2014.



_____
STANLEY A. BASTIAN
United States District Judge

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** ~ 2